**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ZAKEYA GAY,**

   **Plaintiff,**

**v.**                                    **CASE NO:  8:22-cv-02432-VMC-TGW**

**THE ELEVANCE HEALTH**
**COMPANIES, INC.**

   **Defendant.**
_____/

### PLAINTIFF'S NOTICE OF RESOLUTION

Pursuant to Local Rule 3.09(a) Plaintiff, Zakeya Gay, by and through undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, The Elevance Health Companies, Inc., has been resolved.

Dated this 13th day of April, 2023.

Respectfully submitted,

*/s/ Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar Number: 0037061
Direct Dial: 813-337-7992
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main Number: 813-224-0431
Facsimile: 813-229-8712
Email: bhill@wfclaw.com

Email: aketelsen@wfclaw.com
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 13th day of April, 2023, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brandon J. Hill*
**BRANDON J. HILL**