**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ZAKEYA GAY,**

**Plaintiff,**
**v.**                           Case No.:  8:22-cv-02432-VMC-TGW

**THE ELEVANCE**
**HEALTH COMPANIES, INC.,**

**Defendant.**
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, ZAKEYA GAY, and Defendant, THE ELEVANCE HEALTH COMPANIES, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear its own attorneys' fees and costs.

Dated this 31st day of May, 2023.

| | |
|---|---|
| CONSTANGY, BROOKS, SMITH & PROPHETE, LLP<br>100 North Tampa Street, Suite 3350<br>Post Office Box 1840<br>Tampa, Florida 33601-1840<br>Telephone: 813-223-7166<br>Facsimile:  813-223-2515<br><br>BY:  */s/ Angelique Groza Lyons*<br>      Angelique Groza Lyons<br>      Florida Bar Number: 118801<br>      E-mail: alyons@constangy.com<br>      Counsel for Defendant | WENZEL FENTON CABASSA, P.A.<br>1110 North Florida Avenue<br>Suite 300<br>Tampa, Florida 33602<br>Telephone:  813-224-0431<br>Facsimile:  813-229-8712<br><br>BY:  */s/ Brandon J. Hill*<br>      Brandon J. Hill<br>      Florida Bar Number: 0037061<br>      E-mail:  bhill@wfclaw.com<br>      Counsel for Plaintiff |